IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TEQUILA CEASAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-0269-CV-W-GAF |
| | ) |
| MAYWOOD TERRACE LIVING CENTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO DISMISS

Presently before the Court is Defendant Maywood Terrace Living Center's ("Defendant") Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12. (Doc. #8). In order to maintain a cause of action for discrimination under Title VII, a plaintiff must first file a charge of discrimination with the Equal Employment Opportunity Commission within 300 days of the alleged unlawful employment practice. 42 U.S.C. § 2000e-5(e). Here, *pro se* Plaintiff Tequila Ceasar ("Plaintiff") alleges the last incident of discrimination took place on September 11, 2007. However, she did not file her charge of discrimination until August 1, 2008, after approximately 325 days had passed. For this reason, it is

ORDERED that Defendant's Motion is GRANTED and Plaintiff's Complaint is DISMISSED.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 8, 2009